# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:23-cr-210 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DAVID PORTER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A supervised release violation hearing was conducted on June 4, 2026.  Present were the following: Assistant United States Attorneys Nicolette Drotos and Joseph Dangelo, representing the United States; Assistant Federal Public Defender David E. Johnson, representing the defendant; the defendant David Porter, and United States Probation Officer DiAndra Gibson.

Previously, a violation report was filed in this case on February 2, 2026.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on April 23, 2026. The defendant admitted to the following violations:

1.  Failure to Comply with Substance Abuse Treatment and Testing;
2.  Failure to Comply with Standard Condition #4.

---

[1] A supplemental report was filed on June 3, 2026, and a superseding violation report was filed on May 12, 2026.

The magistrate judge filed a report and recommendation on April 24, 2026, in which the magistrate judge recommended that the court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 2 and 3 of the violation report.  The magistrate judge recommended that the Court grant the government's request to dismiss violations 1 and 4.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge, finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 2 and 3 of the violation report, and dismisses violations 1 and 4 of the report. Sentencing will be scheduled at a later date.

A Superseding Violation Report was filed in this case on May 5, 2026.  The following additional violations were outlined in the report:

1.  New Law Violation;
2.  Failure to Comply with Standard Condition #5.

An initial appearance on the two new violations was conducted pursuant to Criminal Rule 32.1. A preliminary and detention hearing commenced and, by agreement of the parties, was continued until June 9, 2026, at 1:30 p.m.

Defendant is ordered temporarily detained.

**IT IS SO ORDERED**.

Dated: June 4, 2026

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT JUDGE**